# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BACILIO A. AMORRORTU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3418 |
| | § | |
| REPUBLIC OF PERU, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's June 4, 2012 memorandum and opinion, the claims against the Republic of Peru are dismissed, without prejudice, for lack of subject-matter jurisdiction. This is a final judgment.

SIGNED on June 5, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge